UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:15 CR 293 -01 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| WENDI VICORY, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Greg White, regarding the change of plea hearing of Wendi Vicory, which was referred to the Magistrate Judge with the consent of the parties.

On August 11, 2015, the government filed a one-count Information, charging Defendant Wendi Vicory with Conspiracy to Launder Money in violation of Title 18 United States Code, Section 1956(h). Defendant Vicory was arraigned on September 2, 2015, and entered a plea of not guilty to Count 1 of the Information, before Magistrate Judge Greg White. On September 21, 2015, Magistrate Judge Greg White, received Defendant Vicory's plea of guilty to Count 1 of the Information, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Vicory is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Vicory is adjudged guilty of Count 1 of the Information, in violation of Title 18 United States Code, Section 1956(h), Conspiracy to Launder Money. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on December 17, 2015, at 10:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

October 15, 2015